IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| HILLCREST BANK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 10-CV-00967-DGK |
| | ) | |
| JACK H. CORDSEN, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, plaintiff Hillcrest Bank discloses that its parent corporation is Hillcrest Bancshares, Inc., and that no publicly held corporations own 10% or more of its stock.

Respectfully submitted,

SPENCER FANE BRITT & BROWNE LLP

/s/ Kelly A. Campbell
Kelly A. Campbell    D. Kan. #77973
   kcampbell@spencerfane.com
Chad C. Beaver    KS #21280
   cbeaver@spencerfane.com
J. Loyd Gattis    KS #23510
   lgattis@spencerfane.com
1000 Walnut Street, Suite 1400
Kansas City, Missouri 64106-2140
(816) 474-8100
(816) 474-3216 (facsimile)

*Attorneys for plaintiff Hillcrest Bank*