# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| HILLCREST BANK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 10-00967-CV-W-DGK |
| ) | |
| JACK H. CORDSEN, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

Having considered the Motion to Substitute Party Plaintiff (Doc. 16) and Agreed Motion to Extend Answer Date for Counterclaims (Doc. 18), it is hereby

ORDERED that the motions are granted. Hillcrest Bank, N.A. is substituted as Plaintiff in this action. Hillcrest Bank, N.A. shall respond to Defendants' counterclaim on or before January 14, 2011, or in the alternative, the FDIC shall respond to the counterclaim on or before February 14, 2011.

　　　　　　　　　　　　　　　　　　　　 /s/ Greg Kays
　　　　　　　　　　　　　　　　　　　　GREG KAYS, JUDGE
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT

Dated: December 13, 2010