IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| HILLCREST BANK, | ) |
| | ) |
|     Plaintiff/Counterclaim Defendant, | ) |
| | ) |
| v. | ) Case No. 10-cv-00967-DGK |
| | ) |
| JACK H. CORDSEN, *et al.*, | ) |
| | ) |
|     Defendants/Counterclaimants. | ) |

## PLAINTIFF'S DESIGNATION OF EXPERT WITNESSES

Pursuant to the Scheduling and Trial Order, as amended, Hillcrest Bank, N.A., substituted Plaintiff, hereby designates the following witnesses with testimony that could be within the definition of expert testimony:

1. Bruce Wanamaker

2. Larry Witt

3. Edward Wells

These designations are made without waiver of Plaintiff's position that the values of properties foreclosed, resulting in the deficiencies sought in the First Amended Complaint, were established by the bids made at foreclosure of liens against those properties. However, should value become an issue, Plaintiff reserves the right to call these witnesses to testify with respect to the value of such properties.

Pursuant to the Scheduling and Trial Order, as amended, Hillcrest Bank, N.A., has this day served the affidavits of these witnesses upon counsel for the other parties.

STINSON MORRISON HECKER LLP


By:     /s/   Mark S. Carder
        Mark S. Carder    MO # 40262
        1201 Walnut, Ste. 2900
        Kansas City, MO 64106
        (816) 842-8600 - Phone
        (816) 691-3495 – Facsimile

ATTORNEYS FOR PLAINTIFF


CERTIFICATE OF SERVICE

    I hereby certify that a true copy of the foregoing was served upon Defendants via ECF notification to their counsel of record, David L. Zeiler of Zeiler Law Firm, L.C., 2012 NW South Outer Road, Blue Springs, Missouri 64014, and upon the co-counterclaim-defendants via ECF notification to their counsel of record, Thomas R. Larson of Lewis Rice & Fingersh, L.C., 101 Walnut, Suite 500, Kansas City, Missouri 64106 on this 28th day of July, 2011.

        /s/   Mark S. Carder
        Attorney for Hillcrest Bank, N.A.