# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| **HILLCREST BANK, N.A.,** | ) |
| | ) |
| Substituted Plaintiff, | ) |
| | ) |
| v. | ) Case No. 10-CV-00967 |
| | ) |
| **JACK H. CORDSEN,** *et al.,* | ) |
| | ) |
| Defendants/Counterclaimants. | ) |

## AMENDED NOTICE OF DEPOSITION OF JACK CORDSEN

Notice is hereby given that, pursuant to Fed. R. Civ. P. 30(b), the deposition on oral examination of Jack Cordsen, c/o Zeiler Law Firm, L.C., 2012 NW South Outer Road, Blue Springs, Missouri 641014, previously scheduled in this action, shall be taken pursuant to agreement of the parties, by stenographic means at the offices of Stinson Morrison Hecker LLP, 1201 Walnut, Suite 2900, Kansas City, Missouri 64106, commencing at 9:00 a.m., November 3, 2011, and continuing from day to day thereafter until complete.

                                          STINSON MORRISON HECKER LLP

                                          By    /s/   Mark S. Carder
                                               Mark S. Carder  MO#40262
                                               1201 Walnut, Ste. 2900
                                               Kansas City, Missouri  64106
                                               Telephone:  (816) 842-8600
                                               Facsimile:  (816) 691-3495
                                               mcarder@stinson.com

                                          ATTORNEYS FOR HILLCREST BANK, N.A.

DB04/808606.0015/5290272.1CR09

Case 4:10-cv-00967-DGK    Document 142    Filed 10/28/11    Page 1 of 2

CERTIFICATE OF SERVICE

      I hereby certify that a true copy of the foregoing was served upon Defendants via ECF notification to their counsel of record, David L. Zeiler of Zeiler Law Firm, L.C., 2012 NW South Outer Road, Blue Springs, Missouri 64014, and upon the counterclaim-defendants via ECF notification to their counsel of record, Thomas R. Larson of Lewis Rice & Fingersh, L.C., 101 Walnut, Suite 500, Kansas City, Missouri 64106 on this 28th day of October, 2011.

                        /s/   Mark S. Carder
                Attorney for Hillcrest Bank, N.A.